<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2524
_____

JERRY A. HURST,

                    Plaintiff - Appellant,

          v.

GUY HARBERT, in his individual and official capacities;
MAXWELL WIEGARD, in his individual and official capacities;
MARTY   HARBIN, in his individual and official capacities;
COLIN SHALK, in his individual and official capacities;
NICHOLAS SKILES, in his individual and official capacities;
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1-10,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:13-cv-00558-GBL-JFA)

_____

Submitted:  April 24, 2014          Decided:  April 28, 2014

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jerry A. Hurst, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry A. Hurst seeks to appeal the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint, and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Hurst v. Harbert, No. 1:13-cv-00558-GBL-JFA (E.D. Va. Sept. 30, 2013 & Nov. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED